# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIMARRON ROAD LLC, <br><br> Plaintiff <br><br> v. <br><br> GENSLER ARCHITECTURE DESIGN & PLANNING, <br><br> Defendant | Case No.: 2:21-cv-01158-APG-NJK <br><br> **Order for Jurisdictional Discovery and Deadline for Supplemental Response to Order to Show Cause** |

Defendant Gensler Architecture Design & Planning removed this action from state court on the basis of diversity jurisdiction. ECF No. 1. However, Gensler did not identify the citizenship of plaintiff Cimarron Road LLC's members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Because I could not determine whether complete diversity exists, I ordered Gensler to show cause why is action should not be remanded. ECF No. 8. Gensler responded that it has pursued all publicly available information but is unable to confirm complete diversity of citizenship, and that Cimarron Road would not disclose its citizenship when asked. ECF No. 14.

I ORDER that the parties shall have until September 9, 2021 to conduct jurisdictional discovery. Gensler shall file a supplemental response to the order to show cause by September 24, 2021. If Gensler does not file a response by that date, this case will be remanded.

DATED this 9th day of July, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE